# United States Court of Appeals
## For the First Circuit

No. 20-1311

UNITED STATES OF AMERICA,

Appellee,

v.

RAFAEL SOLER-MONTALVO,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on August 2, 2022, is amended as follows:

On page 25, line 5, replace "were consistent" with "was consistent"